**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| SHANE PRICE, | : | CASE NO. |
| | : | |
| Plaintiff, | : | JUDGE |
| | : | |
| vs. | : | MAGISTRATE JUDGE |
| | : | |
| CAMBRIDGE POLICE | : | |
| DEPARTMENT, et al., | : | |
| | : | |
| Defendants. | : | |

**NOTICE OF REMOVAL**

Now comes Defendant Muskingum County Sheriff and hereby timely files this Removal pursuant to 28 U.S.C. Sections 1331, 1332, 1441 and 1446, removing this matter from the Court of Common Pleas, Guernsey County, Ohio to the United States District Court for the Southern District of Ohio, Eastern Division, and in support thereof, states as follows:

1.      Defendant Muskingum County Sheriff is named as a defendant in a civil action filed on June 13, 2024, in the Court of Common Pleas, Guernsey County, Ohio, captioned *Shane Price v. Cambridge Police Department, et al.,* Case No. 24CV283. A copy of the Complaint is attached hereto as Exhibit A and incorporated herein by reference. A copy of the Case Designation Form filed by Plaintiff is attached hereto as Exhibit B.

2.      A copy of the Complaint was served upon Defendants on June 20, 2024.

3.      The Complaint alleges Defendant "[b]y the actions and omissions described [in the Complaint], the Muskingum County Sheriff***violated 42 U.S.C. § 1983, deprived Mr. Price of***well-settled constitutional rights that are protected by the First, Fourth, Eighth and Fourteenth Amendment to the U.S. Constitution***." (See Complaint at ¶ 56). Therefore, this Court has original jurisdiction pursuant to 28 U.S.C. § 1331 (Federal Question).

4. In addition to the Federal Question, the complaint alleges state law claims (Intentional Infliction of Emotional Distrsss, Assault, Battery), that are so related to claims in the action within such original jurisdiction, that they form part of the same case or controversy under Article III of the United States Constitution. (See Complaint Claims Four through Six). Because Plaintiff's state law and federal law claims describe a single injury, arising from the same interrelated series of events or transactions, there are no separate or independent state law claims or causes of action. Therefore, this Court has supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367 and 28 U.S.C. § 1441(c).

5. Defendant filed its Answer to the Plaintiff's Complaint on July 9, 2024. A copy of the Answer is attached as Exhibit C.

6. Defendant is entitled to remove this case from the Guernsey County Court of Common Pleas to this Court, pursuant to 28 U.S.C. § 1441.

7. This Notice of Removal is filed timely in accordance with the provisions of 28 U.S.C. § 1446(b).

8. Written notice of filing this Notice of Removal has been served on all Parties, and a copy of this Notice will be filed with the Guernsey County Court of Common Pleas contemporaneously with the filing of this Notice. A copy of the Notice of Filing of Notice of Removal is attached hereto as Exhibit D.

9. Defendants Cambridge Police Department and Ohio Department of Medicaid consent to the removal of this case, per email communications with undersigned on July 8, 2024 and July 5, 2024, respectively.

10. With this filing, the above-captioned case shall be removed to the United States District Court for the Northern District of Ohio, Eastern Division.

Respectfully submitted,

/s/ *Aaron M. Glasgow*

Aaron M. Glasgow (0075466)
Gareth A. Whaley (0102156)
ISAAC WILES & BURKHOLDER, LLC
2 Miranova Place, 7th Floor
Columbus, Ohio 43215
T: (614) 220-5170 / F: (614) 365-9516
aglasgow@isaacwiles.com
gwhaley@isaacwiles.com
*Attorneys for Defendant*
*Muskingum County Sheriff*

## CERTIFICATE OF SERVICE

A true copy of the foregoing was filed electronically and will be sent to all parties by operation of the Court's electronic filing system. A copy of the foregoing was also served on July 10, 2024 by sending it via electronic means to the email addresses for the persons below:

Theran J. Selph, Sr.
Selph Law
6047 Frantz Road, Suite 101
Dublin, Ohio 43017
tselph@selphlaw.com
*Attorney for Plaintiff*

Cambridge Police Department
c/o Melvin L. Lute, Jr., Esq.
Baker Dublikar Beck Wiley & Mathews
400 S. Main Street
North Canton, Ohio 44720
lute@bakerfirm.com
*Attorney for Defendant City of Cambridge*

Ohio Department of Medicaid
c/o John Y. Kim, Esq.
Edward A. Proctor, Esq.
Kim & Associates
50 West Town Street, Suite 400
Columbus, Ohio 43215
johnk@kimassociateslaw.com
eproctor@kimassociateslaw.com
*Attorneys for Defendant*
*Ohio Department of Medicaid*

/s/ *Aaron M. Glasgow*

Aaron M. Glasgow (0075466)

3